Samuel U. Tilton, on Behalf of Himself and of All Other Stockholders of the Giveen Manufacturing Company, Appellant, v. Levi L. Gans and

Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Riviera Realty Company, Appellant, v. Illinois Surety Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.